# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| PAULA A. H. NEWBERRY, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:13-cv-2934-SHL-dkv |
| PINNACLE AIRLINES, | ) |
| Defendant. | ) |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION DISMISSING CASE

Before the Court is the Magistrate Judge's Report and Recommendation ("Report and Recommendation"), filed August 28, 2014. (ECF No. 17.) In her Report and Recommendation, the Magistrate Judge recommended that the *pro se* Plaintiff's Complaint (ECF No. 1) should be dismissed for failure to prosecute. Plaintiff was ordered to appear for a scheduling conference before the Magistrate Judge on July 29, 2014. After she failed to appear the Magistrate Judge entered an order requiring the plaintiff to appear in court and show cause on August 28, 2014, why the case should not be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff did not appear as ordered.

Pursuant to Federal Rule of Civil Procedure 72(b)(2), "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). No objections to the Report and Recommendation have been filed, and the time for filing objections has expired. See Fed. R. Civ. P. 5(b)(2), 6(d), 72(b)(2).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee notes. On clear-error review of the Magistrate Judge's Report and Recommendation, the Court hereby ADOPTS the Report and Recommendation (ECF No. 17) in its entirety.

Accordingly, Plaintiff's Pro Se Complaint (ECF No. 1) is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED,** this 18th day of September, 2014.

s/ SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE